591 A.2d 950
IN THE MATTER OF JOSEPH C. STRANSKY, AN ATTORNEY AT LAW.

July 1, 1991.

## ORDER

This matter having been duly presented to the Court, it is ORDERED that the petition for reinstatement is granted, subject, however, to the condition that respondent shall submit an annual certified audit of his trust account records, said audits to be filed with the Office of Attorney Ethics within 30 days of the conclusion of each calendar year, until the further Order of the Court.